168 A.3d 1183

SB BUILDING ASSOCIATES, L.P., SB MILLTOWN INDUSTRIAL REALTY HOLDINGS, L.L.C. AND ALSOL, CORP., PLAIN-TIFFS-RESPONDENTS, v. PLANNING BOARD OF THE BOR-OUGH OF MILLTOWN, DEFENDANT-PETITIONER, AND BOROUGH OF MILLTOWN, DEFENDANT, AND BORAIE DE-VELOPMENT, L.L.C., DEFENDANT/THIRD-PARTY PLAIN-TIFF, v. MILLTOWN FORD AVENUE REDEVELOPMENT AGENCY, THIRD-PARTY DEFENDANT.

May 19, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000200-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

168 A.3d 1184

MAHNAZ FARZAN, PLAINTIFF-RESPONDENT, v. REZA FARZAN, DEFENDANT-MOVANT.

May 19, 2017

ORDER

It is ORDERED that the motion for leave to file a motion for leave to appeal as within time (M–1123) is granted; and it is further.

ORDERED that the miscellaneous motions to take judicial notice and preclude plaintiffs counsel's participation (M–1124) and for leave to appeal (M–1125) are denied.